2

AO 240 (Rev. 6/86) Application to Proce___

# United States District Court

United States District Court
Southern District of Texas
FILED
FEB 17 2000
Michael N. Milby
Clerk of Court

Southern _____ DISTRICT OF _____ Texas

Martin Resa

v.

United States of America

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: C A B- 00- 006

---

I, MARTIN RESA , declare that I am the (check appropriate box)

☐ petitioner/plaintiff        ☒ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant     ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:




In further support of this application, I answer the following questions.

1. Are you presently employed?                                         Yes ☐   No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)




   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.




2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment          Yes ☐   No ☒
   b. Rent payments, interest or dividends?                           Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?                 Yes ☐   No ☒
   d. Gifts or inheritances?                                          Yes ☐   No ☒
   e. Any other sources?                                              Yes ☐   No ☒

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☐   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☐
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2/10/2000__         X _ILESA MARTIN_
           (Date)                       Signature of Applicant

---

### CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _$10.34_ on account to his credit at the _FCI Big Spring_ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _63.18_

_J. Raylene Daniels, dts Tech_
Authorized Officer of Institution

---

### ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge    Date | _[signature]_   _8-14-00_ <br> United States Judge    Date <br> or Magistrate |

ACCOUNT
STATEMENT

FCI BIG SPRING*LIMITED OFFICIAL USE          DATE 02/08/00
1900 SIMLER AVENUE                            PAGE No.01
BIG SPRING, TEXAS  79720

Account # 82518079

RESA, MARTIN
SS

| ---BEGINNING--- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
|  | 30.24 | .00 | .00 | .00 | 30.24 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 000123 | 16:58 | 01-04-00 | SALE / REGULAR | 13.60- | 16.64 |
| 000172 | 17:38 | 01-11-00 | SALE / REGULAR | 7.40- | 9.24 |
| DECOOP | 8:46 | 01-12-00 | PERFORMANCE PAY | 31.60 | 40.84 |
| 000073 | 16:54 | 01-18-00 | SALE / REGULAR | 9.55- | 31.29 |
| 000041 | 17:19 | 01-25-00 | SALE / REGULAR | 3.25- | 28.04 |
| 000134 | 17:00 | 02-01-00 | SALE / REGULAR | 17.70- | 10.34 |

**** TRANSACTION TOTAL ****          19.90-

| -----ENDING----- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|

```
              ACCOUNT
              STATEMENT
                           DATE 02/08/00
                           PAGE No.01



                        Account # 82518079


     RESA. MARTIN
     SS
```

| BEGINNING AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|
| 14.09 | .00 | .00 | .00 | 14.09 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| 000179 | 17:16 | 10-05-99 | SALE / REGULAR | 6.25- | 7.84 |
| SEP99P | 8:28 | 10-13-99 | PERFORMANCE PAY | 80.25 | 88.09 |
| 000114 | 16:54 | 11-02-99 | SALE / REGULAR | 11.90- | 76.19 |
| OCT99P | 8:52 | 11-10-99 | PERFORMANCE PAY | 17.76 | 93.95 |
| 000158 | 17:06 | 11-16-99 | SALE / REGULAR | 5.50- | 88.45 |
| 000115 | 16:38 | 11-30-99 | SALE / REGULAR | 6.25- | 82.20 |
| 000150 | 17:33 | 12-07-99 | SALE / REGULAR | 9.10- | 73.10 |
| 000152 | 17:35 | 12-07-99 | SALE / REGULAR | 7.50- | 65.60 |
| NOV99P | 10:38 | 12-08-99 | PERFORMANCE PAY | 25.54 | 91.14 |
| 0191 | 11:02 | 12-08-99 | FIN. RESP. ACT | 25.00- | 66.14 |
| 000104 | 16:41 | 12-14-99 | SALE / REGULAR | 32.90- | 33.24 |
| 000080 | 17:02 | 12-20-99 | SALE / REGULAR | 3.00- | 30.24 |

```
              **** TRANSACTION TOTAL ****    16.15
```

| ENDING AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|

United States District Court
Southern District of Texas
RECEIVED

FEB 1 7 2000

# NATIONAL LITIGATION CONSULTATION

Michael N. Milby, Clerk of Court

P.O. BOX 81681                                   AUSTIN, TEXAS 78708-1681

National Litigation Consultation can help inmates with their Pro-Se legal papers. Proper litigation is the necessary tool to present valid issues. Generally you have one chance and too often inmates become victims of untrained assistance.

National Litigation Consultation can help inmates at a cost lower than anywhere in the country. Remember, Freedom is priceless and (proper) litigation is necessary, so write today! Telephone number will be issued upon response.

| | | |
|---|---|---|
| * | Title 28 U.S.C. Motion 2255 | -Motion to Vacate, Set Aside, or Correct Sentence |
| * | Title 28 U.S.C. Motion 2241 | -Writ of Habeas Corpus |
| * | Suspension of Deportation | -INA 242(a)(2) |
| * | Prisoner Transfer | -Mexico Transfer |
| * | Rule 60 | -Writ of Error Coram Nobis |
| * | Voluntary Deportation | -Voluntary Deportation Sentence Reduction |

*Divorce         *Civil Rights         *State Detainers
*Newsletters     *Family Contracts     *Letters

*For a free review and analysis of your case, send your PSI and Judgement to the above address include a letter outlining your concern and needs.*