4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 16 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

MARTIN RESA                              *

    VS                                  *   C.A. NO. B-00-006

UNITED STATES OF AMERICA                 *   (Cr. No. B-98-532-01)


## O R D E R

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **October 16, 2000**.

DONE at Brownsville, Texas, this 14th day of August 2000.

                                         Felix Recio
                              United States Magistrate Judge

ClibPDF - www.fastio.com