UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MARTIN RESA | § § § | |
| v. | § § | CIVIL ACTION NO. B-00-006 (CR. NO. B-98-532-01) |
| UNITED STATES OF AMERICA | § § § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Petitioner's § 2255 Motion is hereby DISMISSED.

DONE in Brownsville, Texas this ____ day of _____ 2001.

Hilda Tagle
United States District Judge

4